JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOUAKHAM SOUVANNAKOUMANE, ) | Case No. EDCV 10-257-OP |
| ) | |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security, and dismissing this action with prejudice.

DATED: October 22, 2010

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge